No. 1178. FRANZEN v. TOWNSHIP OF ELK ET AL. Super. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. *Joseph Pierce Lodge* and *Henry D. O'Connor* for petitioner. *Joseph Narrow* for respondents Township of Elk et al.

No. 1329. SOUTHERN CALIFORNIA EDISON Co. v. FEDERAL POWER COMMISSION. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Rollin E. Woodbury, Harry W. Sturges, Jr., William E. Marx,* and *William R. Connole* for petitioner. *Solicitor General Griswold, Richard A. Solomon, Peter H. Schiff, Robert L. Russell,* and *Israel Convisser* for respondent. *James W. McCartney* for Transwestern Pipeline Co., intervenor below, in opposition.

No. 1354. OELSCHLAEGER v. UDALL, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Samuel W. McIntosh* for petitioner. *Solicitor General Griswold, Assistant Attorney General Martz,* and *Roger P. Marquis* for respondents.

No. 1358. DE LUCIA v. ATTORNEY GENERAL OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jack Wasserman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Charles Gordon* for respondent.